UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**FRANCISCO COSSIO,**

    Petitioner,

**V.**                               Case No: 2:11-CV-471-FtM-29SPC

**UNITED STATES OF AMERICA**

    Respondent.

_____/

## **ORDER**

This matter comes before the Court on the Motion to Vacate, Set Aside or Correct Sentence. The Public Defender has been appointed to represent the Petitioner, the Court has done an Order to transport, and an evidentiary hearing will been scheduled under separate cover. However, as of this date, the Government has not filed a response to the Motion. Accordingly, it is now

**ORDERED:**

The Government shall have up to and including **MAY 15, 2012** to file a responsive pleading to the Petitioner's Motion to Vacate, Set Aside or Correct Sentence.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th Day of April, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

1

Copies: All Parties of Record