## PRODUCTION OF COURT ORDERED TRANSCRIPT
### (NON-CJA CASE -- PAYMENT BY THE UNITED STATES)

**FRANCISCO COSSIO,**

        Petitioner,

v.                      Case No.  2:11-cv-471-FtM-29SPC

**UNITED STATES OF AMERICA,**

        Respondent.
_____/

**To:**        **To Official Court Reporter**

Specific Proceeding (or portion thereof) for which the transcript is required:

    **Evidentiary Hearing on Motion on August 9, 2012**

Transcript Ordered for Use by:

    **The Court**

Type of Transcript Requested:

    **14 Day Transcript @ $4.25 per page (deliver within fourteen (14) days)**

Judge Ordering Transcript:

September 7, 2012

                                    */s/ Sheri Polster Chappell*
                                    SHERI POLSTER CHAPPELL
                                    UNITED STATES MAGISTRATE JUDGE

===============================================================================

**TO:**    **CLERK OF COURT (Attn:  Marsha Williams)**

    The Transcript ordered above has been completed and delivered to _____
_____.  Payment by the Clerk of Court is hereby requested.

No. of pages: _____   Page Rate: _____   Total Amount_____

_____                          _____
      Date                                                                   Court Reporter Signature

Copy to file