# PRODUCTION OF COURT ORDERED TRANSCRIPT
## (NON-CJA CASE -- PAYMENT BY THE UNITED STATES)

**FRANCISCO COSSIO,**

**Petitioner,**

**v.**                                                    **Case No.  2:11-cv-471-FtM-29SPC**

**UNITED STATES OF AMERICA,**

**Respondent.**

_____/

**To:**            **To Official Court Reporter**

Specific Proceeding (or portion thereof) for which the transcript is required:

**Evidentiary Hearing on Motion on August 9, 2012**

Transcript Ordered for Use by:

**The Court**

Type of Transcript Requested:

**14 Day Transcript @ $4.25 per page (deliver within fourteen (14) days)**

Judge Ordering Transcript:

September 7, 2012

**SHERI POLSTER CHAPPELL**
**UNITED STATES MAGISTRATE JUDGE**

===================================================================

**TO:   CLERK OF COURT (Attn:  Marsha Williams)**

The Transcript ordered above has been completed and delivered to _____
_____.  Payment by the Clerk of Court is hereby requested.

No. of pages:  _____          Page Rate:  _____          Total Amount_____

_____          _____
Date                                        Court Reporter Signature

Copy to file